UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ANDREW GOOSBY,<br><br>  Plaintiff,<br><br>  v.<br><br>TIFFANY WASHINGTON, et al.,<br><br>  Defendants. | Case No. 18-cv-06406-RMI<br><br>**ORDER TRANSFERRING ACTION** |

This case was originally filed in the United States District Court for the Central District of California. (Doc. 1). On October 19, 2018, that court entered an order transferring the case to this district on the ground that "Plaintiff asserts that defendants reside in Mendocino County. (*See* Docket 22 No. 1-1 at 2.)" (Doc. 5). However, it appears that may have been a mistake. Plaintiff asserts at that Plaintiff(s) reside in Mendocino County. (Doc. 1-1 at 2). This is a bit confusing as Plaintiff gives his address only as a P.O. Box in Los Angeles. In any event, in his Complaint, Plaintiff asserts that Defendants are employees of the Department of Fair Employment and Housing and gives an address as 2218 Kausen Drive, Suite 100, Elk Grove, California. This address is not in Mendocino County, but in Sacramento County,[1] which lies in the Eastern District of California.

Pursuant to 28 U.S.C. § 1391(b), venue over a civil action properly lies only in (1) a judicial district where any defendant resides, if all defendants reside in the same state; (2) a judicial district in which a substantial part of the events or omissions giving rise to the

---

[1] *See* https://www.dfeh.ca.gov/contact-us/office-locations/ & http://www.elkgrovecity.org/

claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) a judicial district in which any defendant may be found if there is no district in which the action may otherwise be brought. Here, on the record before the court, it appears that all of the alleged wrongs took place in Sacramento County. Sacramento County is in the Eastern District of California. 28 U.S.C. § 84(a). Accordingly, under factor (2) above, venue properly lies in the Eastern District.

Accordingly, IT IS HEREBY ORDERED that this case be transferred to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: October 23, 2018

ROBERT M. ILLMAN
United States Magistrate Judge